# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 1, 2020

161118-9

*In re* GUARDIANSHIP OF ORTA, Minors.

_____/

MARIA ORTA,
    Petitioner-Appellee,

v

LISA KEENEY, Guardian,
    Respondent-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 161118-9
COA: 346399; 346400
Delta PC: 15-021724-GM;
 15-021725-GM

   On order of the Court, the application for leave to appeal the February 4, 2020 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on the application. MCR 7.305(H)(1).

   The appellant shall file a supplemental brief within 42 days of the date of this order addressing: (1) whether *In re Ferranti*, 504 Mich 1 (2019), applies to guardianship proceedings; and (2) whether, to establish a guardianship under MCL 700.5204(2)(b), a parent must intend that his or her child permanently reside with another person. In addition to the brief, the appellant shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellee shall file a supplemental brief within 21 days of being served with the appellant's brief. The appellee shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant. A reply, if any, must be filed by the appellant within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.

   The Family Law Section and the Children's Law Section of the State Bar of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



b0624

   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 1, 2020
_____



      Clerk